```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In Re ACCLAIM ENTERTAINMENT, INC.
Securities Litigation

PENN CAPITAL MANAGEMENT, ROBERT L.
MANARD, and STEVE RUSSO, individually
and behalf of all others similarly
situated,

                Plaintiffs,

        -against-                       MEMORANDUM AND ORDER
                                        03-CV-1270(JS)(ETB)

GREGORY FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,
and KPMG, LLP,

                Defendants.
----------------------------------------X
DMS CONSULTANTS INC., MONEY PURCHASE
PENSION PLAN, individually and on
behalf of all those similarly situated,

                Plaintiffs,

        -against-                       03-CV-1322(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., RODNEY
COUSENS, and GERARD AGOGLIA,

                Defendants.
----------------------------------------X
BRUCE HICKS, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                       03-CV-1698(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., RODNEY
COUSENS, and GERARD AGOGLIA,

                Defendants.
----------------------------------------X
```

```
STEVE RUSSO, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-1700(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
----------------------------------X
DEANE BURK, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-2030(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
----------------------------------X
GIDION NACH, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-1363(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC.

                Defendant.
----------------------------------X
JUDITH TRAUBE, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-1487(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
```

JAMES SCOROPOSKI, GERARD AGOGLIA,

    Defendants.
-------------------------------------X

ROBERTA BARON, individually and on
behalf of all those similarly situated,

    Plaintiff,

  -against-    03-CV-1541(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

    Defendants.
-------------------------------------X

RICHARD HILDAL, individually and on
behalf of all those similarly situated,

    Plaintiff,

  -against-    03-CV-1640(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

    Defendants.
-------------------------------------X

MARGARET VICINO, ARNOLD SILVERSTEIN,
individually and on behalf of all
those similarly situated,

    Plaintiffs,

  -against-    03-CV-1672(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

    Defendants.
-------------------------------------X

```
STEPHEN SYPES, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-1685(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-----------------------------------X
JONATHON P. BERMAN, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-1924(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-----------------------------------X
TROY BRAKE, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-2175(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., RODNEY
COUSENS, and GERARD AGOGLIA,

                Defendants.
-----------------------------------X
ROBERT L. MANARD, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-2355(JS)(ETB)
```

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
----------------------------------X

Based on the stipulations among all parties on August 15, 2003, the lead case in this action is 03-CV-1270, and the caption is <u>In re Acclaim Entertainment, Inc. Securities Litigation</u>. Accordingly, the Clerk of the Court is ordered to mark all other matters under the lead case as CLOSED. The Court instructs all parties to file documents **ONLY** in the lead case.[1]

                            SO ORDERED.

                                     /s/ JOANNA SEYBERT
                                  Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          May 12, 2006

---

[1] <u>NOTE</u>: While filing documents via ECF, the parties are advised to **NOT** choose the "Spread Text" option. This will ensure that the documents are properly filed under the lead case and not any other related cases.

5